```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


IRVIN SHELL, as                )
Administrator of the           )
Estate of Annie Ruth           )
Peterson, Deceased,            )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )         2:15cv422-MHT
                               )            (WO)
THE CITY OF MONTGOMERY,        )
a municipal corporation;       )
et al.,                        )
                               )
     Defendants.               )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 44), it is the ORDER, JUDGMENT, and DECREE of the court that defendants QCHC, Inc. and Deborah Thurman are dismissed with prejudice and terminated as parties, with costs taxed as paid.  All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 21st day of March, 2016.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE